ACCEPTED
01-15-00628-Cr
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/10/2015 4:23:34 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00628-CR

<table>
<tr><td>

In the
Court of Appeals
For the
First District of Texas
At Houston

————◆————

No. 1330029
In the 183rd District Court
Of Harris County, Texas

————◆————

**DARRELL D. BROUSSARD**
*Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

</td><td>

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

12/10/2015 4:23:34 PM

CHRISTOPHER A. PRINE
Clerk

</td></tr>
</table>

————◆————

STATE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF

————◆————

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to Tex. R. App. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The State charged the appellant with capital murder by causing the death of Ahmad Adnan Issaoui while in the course of committing or attempting to commit a robbery, and the jury found the appellant guilty (CR – 295; 6 RR 34-35). The trial court sentenced him in accordance with the jury's verdict to life without the possibility of parole in the Texas Department of Criminal Justice, Institutional Division (CR – 298-99; 6 RR 36-37). The appellant

gave timely notice of appeal, and the trial court certified that he had the right to appeal (CR – 301-2; 6 RR 38). The State's brief is due on December 10, 2015. This is the State's second request for an extension. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

a. The record in this case is over sixty-two megabytes in length split over eight volumes. The appellant brings four points of error. The undersigned attorney has read the record and is currently working to address the appellant's claims.

b. The undersigned attorney was involved in completing the following written appellate projects since the appellant filed his brief:

| (1) | *Alfredo Lara v. The State of Texas*<br>01-15-00472-CR<br>Brief Filed September 24, 2015 |
| --- | --- |
| (2) | *Tyran Riley v. The State of Texas*<br>14-15-00081-CR<br>Brief Filed October 6, 2015 |
| (3) | *Christian A. Norris v. The State of Texas*<br>01-15-00484-CR, 01-15-00485-CR<br>Brief Filed October 13, 2015 |
| (4) | *Juan Jose Quintero v. The State of Texas*<br>14-15-00252-CR<br>Brief Filed October 27, 2015 |
| (5) | *Edgar Gutierrez v. The State of Texas*<br>01-15-00490-CR<br>Brief Filed November 12, 2015 |
| (6) | *Rodney Sewell v. The State of Texas*<br>14-15-00216-219-CR<br>Brief Filed November 23, 2015 |
| (7) | *Miguel Gomez v. The State of Texas*<br>01-15-00179-CR<br>Brief Due December 14, 2015 |

| (8) | *Corey Douglas-Myers v. The State of Texas*<br>01-15-00610-CR<br>Brief Due December 21, 2015 |
|---|---|
| (9) | *Oscar Rivera v. The State of Texas*<br>01-15-00239-240-CR<br>Brief Due December 22, 2015 |
| (10) | *Sandra Berry v. The State of Texas*<br>14-15-00398-00400-CR<br>Brief Due December 31, 2015 |

c. The undersigned attorney also had oral argument in the Fourteenth Court of Appeals on Thursday, October 29 regarding *Odel Allen v. The State of Texas*, 14-14-00708-CR.

d. The undersigned attorney also had oral argument in the Fourteenth Court of Appeals on Tuesday, November 10 regarding *Larry Torres v. The State of Texas*, 14-15-00155-158-CR.

Consequently, the undersigned attorney has been unable to complete the State's reply brief in this case in the time permitted despite due diligence, and the requested extension of time is necessary to permit the undersigned attorney to adequately investigate, complete, and file the State's appellate brief for this cause. The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant a two week extension of time for the undersigned attorney to complete and file the State's appellate brief in this case.

Respectfully submitted,

/s/ *Katie Davis*

KATIE DAVIS
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923

(713) 755-5826
Davis_Katie@dao.hctx.net
TBC No. 24070242

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by efile.txcourts.gov to:

Thomas J. Lewis
1602 Washington Ave.
Houston, TX 77007
Tjlaw2@comcast.net

/s/ *Katie Davis*

KATIE DAVIS
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
Davis_Katie@dao.hctx.net
TBC No. 24070242

Date:  December 10, 2015